### WOODCOCK *versus* PARKER.

In the District Court, an action had been defaulted. At a subsequent term, the Judge on motion ordered that the action should be brought forward on the docket, and that the default should be stricken off, and that the action stand for trial in that Court.

To that order, the plaintiff excepted.

SHEPLEY, C. J., orally. — Exceptions cannot be rightfully in this Court, while the action itself is pending in the District Court. *Abbott* v. *Knowlton*, 31 Maine, 77. *Exceptions dismissed.*

---

### CARNICK *versus* WILSON.

PER CURIAM. — In an action of replevin, objections taken in the Court below to the sufficiency of the replevin bond, are waived by pleading in this Court the general issue with brief statement justifying the taking.